ANDREW L. PACKARD (State Bar No. 168690)
ERIK M. ROPER (State Bar No. 259756)
EMILY J. BRAND (State Bar No. 267564)
Law Offices of Andrew L. Packard
100 Petaluma Boulevard North, Suite 301
Petaluma, CA 94952
Tel. (707) 763-7227
Fax. (707) 763-9227
andrew@packardlawoffices.com
erik@packardlawoffices.com
emily@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIALIZED PARTS PLANET, INC., a California corporation, KERMIT GILMORE, an individual, and GALEN BAKER, an individual,<br><br>Defendants. | CASE NO. 2:11-CV-02620-JAM-DAD<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S PENDING MOTION TO COMPEL |

Pursuant to the stipulation of the parties, and good cause appearing, the request to continue the hearing on Plaintiff California Sportfishing Protection Alliance's pending Motion to Compel Defendant Specialized Parts Planet, Inc. to Produce Documents and Responses to Plaintiff's First Set of Discovery Pursuant to Federal Rules of Civil Procedure 33, 34, 36 and 37 from July 13, 2012 to September 14, 2012, at 10:00 a.m., is granted.

IT IS SO ORDERED.

-2-

1   Dated: July 3, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.civil
Calsportsfishing2620.ord.cont.hrg